NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1389

GEOFFREY R. AKERS,

Plaintiff-Appellant,

v.

CARLOS M. GUTIERREZ, Secretary of Commerce,
and PATRICIA BOYLAN, Director - OCR/US Patent Office,

Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 07-CV-1000, Senior Judge Claude M. Hilton.

Before BRYSON, CLEVENGER, and PROST Circuit Judges.

PER CURIAM.

## O R D E R

Geoffrey R. Akers moves for reconsideration of the court's order dismissing his appeal for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

FEB 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 09 2009

JAN HORBALY
CLERK

cc: Geoffrey R. Akers
Matthew H. Solomson, Esq.

s20